# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL WAYNE HANZUK, II,<br><br>    Defendant. | Case No. 3:22-cr-00009-SLG-KFR |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 32. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Kyle F. Reardon by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered a guilty plea to Count 1 of the felony Information, which charges a violation of 18 U.S.C. § 371 – Conspiracy to Violate the Clean Air Act.

Judge Reardon issued a Final Report and Recommendation at Docket 36, in which he recommended that the District Court accept Defendant's plea of guilty to Count 1 of the Felony Information. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the felony Information – Conspiracy to Violate the Clean Air Act, and Defendant is adjudged GUILTY of Count 1. An Imposition of Sentence hearing has been scheduled for August 31, 2022, at 11:00 a.m. in Anchorage Courtroom 2.

DATED this 31st day of May, 2022, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No., *USA v. Hanzuk*
Order re Final Report and Recommendation
Page 2 of 2
Case 3:22-cr-00009-SLG-KFR   Document 37   Filed 05/31/22   Page 2 of 2