PROB 12B
(Rev. 7/93)

# UNITED STATES DISTRICT COURT
for the
District of Alaska

## Request for Modification of Conditions or Term of Probation With Consent of the Person Under Supervision

| | | | |
|---|---|---|---|
| **Name of Defendant:** | Michael Wayne Hanzuk II | **Case Number:** | 3:22-CR-00009-001-SLG |
| **U.S. Marshals Service No.:** | 94666-509 | | |
| **Name of Judicial Officer:** | Honorable Sharon L. Gleason, Chief United States District Judge | | |
| **Date of Original Sentence:** | August 31, 2022 | | |
| **Original Offense:** | Conspiracy to Violate the Clean Air Act in violation of 18 U.S.C. § 371, a Class D Felony | | |
| **Original Sentence:** | Five years of probation, $66,000 fine, 180 hours of community work service, and $100 special assessment | | |
| **Type of Supervision:** | Probation | | |
| **Supervision Commenced:** | August 31, 2022 | | |
| **Assistant U.S. Attorney:** | Jennifer Lowe Ivers | **Defense Attorney:** | Brian D. Heady |

---

**PETITIONING THE COURT**

☐ To extend the term of Probation for _____ years, for a total term of _____ years.

☒ To modify the conditions of Probation as follows:

**ADD THE FOLLOWING CONDITION(S):**

You must provide the probation officer access to any requested financial information, including authorization to conduct credit checks, and must not incur any new debts or apply for credit without prior approval of the probation officer. The U.S. Probation Office may share any financial information with the U.S. Attorney's office.

**DECLARATION AND RECOMMENDATION**

The defendant currently uses the Electronic Reporting System (ERS) to report basic financial information on a monthly basis. Throughout the last few months U.S. Probation Officer Assistant (USPOA) Haley Fine has noticed some inconsistencies with the information in ERS, and the defendants most recent financial investigation. Within this same time frame the defendant has also become inconsistent with his payments towards his Court ordered fine. Unfortunately, USPOA Fine was unable to gain clarity about these inconsistencies after speaking with the defendant.

Due to the discrepancies with the information the defendant has provided in ERS, his financial investigation, and verbally, this officer respectfully recommends that the Court adopt the condition for the defendant to provide his financial information and allow the USPOA to share this information with the U.S. Attorney's Office. If adopted, this will allow the USPOA to investigate this further, and with the assistance of the Financial Litigation Program, gain further clarity on the defendant's financial situation.

The defendant has agreed to the proposed modification, as evidenced by the attached Waiver of Hearing to Modify Conditions, signed by the defendant on May 20, 2026.

Considering these factors, it is respectfully recommended that the Court modify the conditions of probation and add the condition listed above.

Respectfully submitted,

Haley Rose Fine

Haley Rose Fine
U.S. Probation Officer Assistant
July 16, 2026

Approved by:

Paula L. Rydberg

Paula L. Rydberg
Supervisory U.S. Probation Officer

PROB 49
(3/89)

# United States District Court

District Of Alaska

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You must provide the probation officer access to any requested financial information, including authorization to conduct credit checks, and must not incur any new debts or apply for credit without the prior approval of the probation officer. The U.S. Probation Office may share any financial information with the U.S. Attorney's Office.

Witness ______________________ Signed ______________________
*U.S. Probation Officer* *Probationer or Supervised Releasee*

05/20/26
*Date*