# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case Number: 3:22-CR-00009-001-SLG |
| vs. | ) | |
| | ) | ORDER ON PETITION |
| MICHAEL WAYNE HANZUK II | ) | |

Based on the *Request for Modification of Conditions or Term of Probation* filed on July 16, 2026, regarding the above-named defendant, **IT IS HEREBY ORDERED that**:

[ ] No action.

[X] The modification of conditions as follows:

Condition(s) to be added:

You must provide the probation officer access to any requested financial information, including authorization to conduct credit checks, and must not incur any new debts or apply for credit without prior approval of the probation officer. The U.S. Probation Office may share any financial information with the U.S. Attorney's office.

[ ] Submit a Request for Warrant or Summons.

[ ] Court orders the defendant to appear for a status hearing scheduled for ______________________.

[ ] Other: ____________________________________________

Dated this 17th day of July 2026.

*/s/ Sharon L. Gleason*
Honorable Sharon L. Gleason
Chief United States District Judge