MICHAEL J. HEYMAN
United States Attorney

JENNIFER L. IVERS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Jennifer.Ivers@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL WAYNE HANZUK, II,<br><br>Defendant. | No. 3:22-cr-00009-SLG-KFR |

**NOTICE TO DISCONTINUE ELECTRONIC SERVICE**

COMES NOW, the United States of America, by and through counsel, and hereby notifies the Court that Attorney Marie Scheperle is no longer an active participant in the above-referenced case. The Government authorizes the Clerk's Office to terminate service on Ms. Scheperle of all future documents filed in this case.

//

RESPECTFULLY SUBMITTED July 17, 2026 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

/s JENNIFER L. IVERS
JENNIFER L. IVERS
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s JENNIFER L. IVERS